IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Jorge Arteaga_  CASE NO. _13-16651_

_Final_ SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

_April 22-2013_ For Month Ending _June 26_, 20 _13_

BEGINNING BALANCE IN ALL ACCOUNTS  $ _251.00_

RECEIPTS:
    1. Receipts from operations  $ _____
    2. Other Receipts  $ _5655.47_

DISBURSEMENTS:
    3. Net payroll:
        a. Officers  $ —
        b. Others  $ —

    4. Taxes
        a. Federal Income Taxes  $ _____
        b. FICA withholdings  $ _____
        c. Employee's withholdings  $ _____
        d. Employer's FICA  $ _____
        e. Federal Unemployment Taxes  $ _____
        f. State Income Tax  $ _____
        g. State Employee withholdings  $ _____
        h. All other state taxes  $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)  $ _0_
        b. Utilities  $ _850_
        c. Insurance  $ _300_
        d. Merchandise bought for manufacture or sale  $ _1000_
        e. Other necessary expenses (specify)
        _Remittance to Father_  $ _2850_
        _Food Clothing Gas Repairs_  $ _640_

TOTAL DISBURSEMENTS  $ _5640_

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ _1547_

ENDING BALANCE IN _Chase_  $ _15.47_
      (Name of Bank)
ENDING BALANCE IN _Cash_  $ _0_
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS  $ _1547_

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Jorge Arteaga_    CASE NO.: _13-16651_

RECEIPTS LISTING

FOR MONTH ENDING _June 26_, 20_13_

Bank: _Cash_

Location: _3100 S. Austin_

Account Name: _Jorge Arteaga_

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-22-13 | 4-28 — $250 | 250.00 |
| 4-29-13 | 5-5 — $250 | 250.00 |
|  | 5-12 — $250 | 250.00 |
| 5-6 | 5-19 — -0- |  |
| 5-13 |  | 250.00 |
| 5-20 | 5-26 — $250 | 250.00 |
| 5-27 | 6-2 — $250 |  |
| 6-3 | 6-9 — -0- | 250.00 |
| 6-10 | 6-16 — $250 |  |
| 6-17 | 6-23 — -0- | 250.00 |
| 6-24 | 6-26 — $250 |  |

TOTAL: $1,750.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arteaga　CASE NO.: 13-16651

DISBURSEMENT LISTING

FOR MONTH ENDING June 26, 2013

Bank: CASH

Location: 3100 S. Austin

Account Name: Jorge Arteaga

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4-22 - | 4-28 - | Gasolina Ropa Utility | 250.00 |
| 4-29 - | 5-5 - | Utility Bills | 250.00 |
| 5-6 - | 5-12 - | Jabon Laundry Cleaning Supply | 250.00 |
| 5-13 - | 5-19 - | -0- | |
| 5-20 - | 5-26 - | Gas - Foods Utility | 250.00 |
| 5-27 - | 6-2 - | Fix House Insurance | 250.00 |
| 6-3 - | 6-9 - | -0- | |
| 6-10 - | 6-16 - | Utility Bills | 250.00 |
| 6-17 - | 6-23 - | -0- | |
| 6-24 - | 6-26 - | Gas Fix Car Insurance | 250.00 |

TOTAL: $1,750

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arteaga   CASE NO.: 13-16651

RECEIPTS LISTING

FOR MONTH ENDING June 26, 2013

Bank: JP Morgan Chase Bank NA

Location: Chicago IL  San Antonio TX

Account Name: Jorge R. Arteaga

Account No.: xxxxx 3769

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| April 22-2013 | Initial DIP Balance | 1.00 |
| April 25-2013 | Father S.S | 592.00 |
| May 1 2013 | Father S.S | 592.00 |
| May 7 2013 | Father SS | 510.00 |
| May 8 2013 | Cash Deposit of Income From Business | 1,618.05 |
| June 7 2013 | Father SS | 592.00 |

TOTAL: $3,905.47

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arteaga    CASE NO.: 13-16651

DISBURSEMENTS ~~RECEIPTS~~ LISTING

FOR MONTH ENDING June 26, 2013

Bank: JP Morgan Chase Bank NA

Location: Chicago IL San Antonio TX

Account Name: Jorge R. Arteaga

Account No.: xxxxx 3769

| DATE DISBURSED ~~RECEIVED~~ | DESCRIPTION | AMOUNT |
|---|---|---|
| 4-26-13 | CASH  Father SS Check | 550.00 |
| 5-2-13 | CASH  " | 550.00 |
| 5-8-13 | CASH  " | 500.00 |
| 5-13-13 | CASH  Payment to Business Vendor | 1,000.00 |
| 5-17-13 | CASH  " | 500.00 |
| 5-20-13 | CASH  " | 200.00 |
| 5-20-13 | CASH  " Bank Fee | 20.00 |
| 5-20-13 | CASH  " | 550.00 |
| 6-10-13 | CASH  " Bank Fee | 20.00 |
| | TOTAL: $ | 3890.00 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arriaga      CASE NO.: 13-16651

FOR MONTH ENDING June 28, 2013

STATEMENT OF INVENTORY

    Beginning inventory            $_____

    Add: purchases                 $_____

    Less: goods sold               $_____
       (cost basis)

    Ending inventory               $_____

PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $_____

Payroll taxes due but unpaid       $_____

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|

No Payments Made

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arteaga        CASE NO.: 13-16651

FOR MONTH ENDING June 26, 2013

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

    Beginning of month balance    $ _____

    Add: sales on account    $ _____

    Less: collections    $ _____

    End of month balance    $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

    Beginning of month balance    $ _____

    Add: credit extended    $ _____

    Less: payments of account    $ _____

    End of month balance    $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Jorge Arisaga          CASE NO.: 13-16651

FOR MONTH ENDING June 26, 2013

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | Yes | No | |
|---|---|---|---|---|---|
| 1. | Federal Income Taxes | | ( ) | (X) | |
| 2. | FICA withholdings | | ( ) | (X) | |
| 3. | Employee's withholdings | | ( ) | ( ) | N/A |
| 4. | Employer's FICA | | ( ) | ( ) | N/A |
| 5. | Federal Unemployment Taxes | | ( ) | (X) | |
| 6. | State Income Tax | | ( ) | (X) | |
| 7. | State Employee withholdings | | ( ) | (X) | |
| 8. | All other state taxes | | (x) | ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __Jorge Arteaga__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Jorge Arteaga  DIP

DATED: 9/6/13